IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 10-cr-30019-MJR |
| JONATHAN WADE BOHN and ) | |
| NICHOLAS MATTHEW HALL, ) | |
| ) | |
| Defendants. ) | |

**ORDER REGARDING COMPETENCY EVALUATION OF
DEFENDANT BOHN AND TRIAL DATE AS TO BOTH DEFENDANTS**

REAGAN, District Judge:

Jonathan Wade Bohn and Nicholas Hall are charged with bank robbery and carrying/using a firearm during a crime of violence.  Trial was set to proceed July 12, 2010 with Defendant Bohn scheduled to enter a guilty plea prior to that date, when an issue arose regarding Bohn's competence to proceed herein.

After hearings on June 18 and 25, 2010, the Court concluded that there was reasonable cause to believe that Bohn might be suffering from a mental disease or defect rendering him unable to understand these proceedings or ably assist in his defense.  The undersigned Judge ordered Bohn to undergo a competency evaluation (see Doc. 41) and continued trial to October 18, 2010.

On August 13, 2010, the Court received a letter from L.R. Thomas, Warden of MCC-Chicago (the BOP facility where Bohn is undergoing his evaluation).  Warden Thomas advises the Court that Bohn arrived at MCC-Chicago on July 30, 2010, and the psychology staff has requested a 15-day extension of the 30-day examination period.

The letter further instructs that if the extension is granted, the evaluation will be completed on September 13, 2010, the report "will be submitted to the Court within three weeks" of that date, and **the Court "can expect to receive the report by October 4, 2010."** The Clerk's Office shall docket Warden Thomas' letter under seal herein.

Finding good cause, the Court **GRANTS** the requested 15-day extension, which is permissible under 18 U.S.C. § 4247(b)("The director of the facility may apply for a reasonable extension, but not to exceed fifteen days…, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant").

**The Court SETS A COMPETENCY HEARING at 1:30 pm on Friday, October 15, 2010.** Defendant Bohn must be present for this hearing. Counsel for the United States shall make certain that the U.S. Marshals Service promptly receives notice of the need to transport Defendant Bohn in time for the October 15, 2010 hearing. (To assist in this notification, the **Clerk's Office shall immediately hand-deliver a paper copy of this Order to the Marshals Service** and make a staff notes entry reflecting the person in the U.S.M.S. to whom the Order was provided.)

At this time, **TRIAL REMAINS SET AS TO BOTH DEFENDANTS 9:00 am Monday, October 18, 2010.** That date may need to be continued by separate Order, due to the competency hearing and related issues.

IT IS SO ORDERED.

DATED August 17, 2010.

s/ *Michael J. Reagan*
Michael J. Reagan
United States District Court

-2-