IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-CR-30019-MJR |
| | ) | |
| JONATHAN WADE BOHN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

For the reasons stated on the record at the October 22, 2010 hearing (and having carefully reviewed the forensic evaluation report of Dr. Christine Scronce, Forensic Psychologist at MCC-Chicago), the undersigned Judge **FINDS and DECLARES** Defendant Bohn **COMPETENT** to proceed herein.

IT IS SO ORDERED.

DATED this October 22, 2010.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge