IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 3:10-CR-30019-NJR-1 |
| JONATHAN WADE BOHN, | |
| Defendant. | |

# ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Motion for Early Termination of Probation filed *pro se* by Defendant Jonathan Wade Bohn. (Doc. 258). Bohn seeks early termination of his 18-month period of supervised release after serving one year of his term. (*See* Docs. 258, 262). The Government and United States Probation Office oppose the motion. (Doc. 262).

Under 18 U.S.C. § 3583(e)(1), "[t]he court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]"

Here, Bohn has served just over one year of his term of supervised release which began in June 2024. (Docs. 258, 262). After revoking his previous term of supervised release, the Court sentenced Bohn to a 14-month term of imprisonment and 18 months of supervised release. (Doc. 252). Bohn reports that he has been fully compliant on supervised release, successfully living on his own and covering his own bills. (Doc. 258). He also emphasizes his commitment

to remain drug-free and his efforts to attend counseling. (*Id.*). Given his criminal history, Bohn has had difficulty finding a job despite his many attempts. (*Id.*). He seeks early termination of supervision to get a fresh start and to move forward. (*Id.*).

Adopting the Probation Office's position, the Government argues against early termination of supervised release. Notably, this is Bohn's third term of supervision. (Doc. 262). The Probation Office highlights that Bohn has successfully completed many conditions of his supervised release, has been fully compliant thus far, has remained drug free, and currently appears mentally stable. (*Id.*). But, while Bohn had steady employment for the first eight months of his supervision, he moved to be near to his girlfriend and has been unable to secure employment since then. (*Id.*). The Probation Office is focused on assisting Bohn find a job and is concerned that Bohn's risk factors for recidivating will increase with unemployment. (*Id.*). The Probation Office also points to Bohn's history of noncompliance during supervision as a factor in its opposition. (*Id.*).

After considering Bohn's motion, the 18 U.S.C. § 3553(a) factors, and the Government's and Probation Office's opposition to the motion, the Court finds that early termination of Bohn's supervised release is not warranted at this time. The Court encourages Bohn to work with the Probation Office and use its resources to continue looking for employment.

Accordingly, the Motion for Early Termination of Probation filed by Defendant Jonathan Wade Bohn (Doc. 258) is **DENIED**.

**IT IS SO ORDERED.**

DATED:   July 10, 2025

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**